IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RACE TRACK CAR WASH, LLC, | § | |
| | § | No. 422, 2019 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID: K19A-04-004 |
| CITY OF DOVER PLANNING | § | |
| COMMISSION, the CITY OF DOVER, | § | |
| BLUESKY DOVER PROPERTIES, | § | |
| LLC, and KATHLEEN J. GRAY, | § | |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: March 25, 2020
Decided: March 27, 2020

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

**O R D E R**

This 27th day of March, 2020, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its September 5, 2019 Opinion and Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice